IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD WASHINGTON | : | CIVIL ACTION |
| | : | NO. 11-01331 |
| v. | : | |
| | : | |
| CLIENT NETWORK SERVICES, | : | |
| INCORPORATED (CNSI) and | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION (AMTRAK) | : | |

## **ORDER**

AND NOW, this 20th day of April, 2016, upon consideration of motions to dismiss the third amended complaint of plaintiff Howard Washington by defendants Client Network Services, Inc. (CNSI) and National Railroad Passenger Corporation (Amtrak) (Dkt No. 108 and Dkt. No. 109, respectively), plaintiff's response (Dkt. No. 116, Dkt. No. 116-1), CNSI's reply (Dkt. No. 117), plaintiff's response supplement (Dkt. No. 119), CNSI's supplemental reply (Dkt. No. 120), plaintiff's motion for judicial notice of third E.E.O.C.-P.H.R.C. charge (Dkt. No. 122), Amtrak's reply (Dkt. No. 123), plaintiff's "letter to the Honorable Thomas N. O'Neill Jr." (Dkt. No. 124), plaintiff's "acknowledgement of receipt of defendant Amtrak's response in support" (Dkt. No. 125) and plaintiff's response in opposition to Amtrak['s] motion to dismiss his third amended complaint (Dkt. No. 126), and consistent with the accompanying memorandum of law, it is ORDERED that the motions of defendants Amtrak and CNSI are GRANTED and plaintiff's complaint is DISMISSED in its entirety.

The Clerk of Court shall Mark this case CLOSED for statistical purposes.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.